IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01083-MSK-MEH

BRIAN WILLERT,

    Plaintiff,
v.

COLORADO DEPARTMENT OF CORRECTIONS,
BUENA VISTA CORRECTIONAL COMPLEX,
ARISTESES ZAVARAS, individually and as agent for the Colorado Department of
    Corrections,
JOSEPH ORTIZ, individually and as former executive director of the Colorado
    Department of Corrections,
ANTHONY CARROCHI, individually and as former warden of the Buena Vista
    Correctional Complex,
GEORGE DUNBAR, individually and as agent for the Colorado Department of
    Corrections,
MICK MCCORMAC, individually and as agent for the Colorado Department of
    Corrections and the Buena Vista Correctional Complex,
CHARLES O. CAMPTON, individually and as agent for the Colorado Department of
    Corrections,
CORY HENDERSON, individually and as agent for the Colorado Department of
    Corrections,
WILLIAM FLINT, individually and as agent for the Colorado Department of Corrections,
MORRIS CHRISTENSEN, individually and as agent for the Colorado Department of
    Corrections,
KENNETH SWARD, individually and as agent for the Colorado Department of
    Corrections,
WILLIAM CATTELL, individually and as agent for the Colorado Department of
    Corrections,
LARRY KRAMER, individually and as agent for the Colorado Department of
    Corrections,
RENEE GRANZELLA, individually and as agent for the Colorado Department of
    Corrections,
GARY GOLDER, individually and as agent for the Colorado Department of Corrections,
CLIFF ROBINSON, individually and as agent for the Colorado Department of
    Corrections,
ROBERT READMOND, individually and as agent for the Colorado Department of
    Corrections,
MICHAEL COLLINS, individually and as agent for the Colorado Department of
    Corrections,
GUS ARGYS, individually and as agent for the Colorado Department of Corrections,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2007

GREGORY C. LANGHAM
CLERK

MIKE LEEWAYE, individually and as agent for the Colorado Department of Corrections,
MORRIS, individually and as agent for the Colorado Department of Corrections,
WILLIAMS, individually and as agent for the Colorado Department of Corrections,
GREG JENNINGS, individually and as agent for the Colorado Department of Corrections,
PALMER, individually and as agent for the Colorado Department of Corrections,
WALKER, individually and as agent for the Colorado Department of Corrections,
FOX, individually and as agent for the Colorado Department of Corrections,
BARCLA, individually and as agent for the Colorado Department of Corrections,
HATTENBRUM, individually and as agent for the Colorado Department of Corrections,
YARBERRY, individually and as agent for the Colorado Department of Corrections,
BEHR, individually and as agent for the Colorado Department of Corrections,
WILLIAMS, individually and as agent for the Colorado Department of Corrections,
DENT, individually and as agent for the Colorado Department of Corrections,
PROCKO, individually and as agent for the Colorado Department of Corrections,
CORDOVA, individually and as agent for the Colorado Department of Corrections,
DRISKILL, individually and as agent for the Colorado Department of Corrections,
ROESLER, individually and as agent for the Colorado Department of Corrections,
EGLINTON, individually and as agent for the Colorado Department of Corrections,
T. THOMAS, individually and as agent for the Colorado Department of Corrections,
MANTOOTH, individually and as agent for the Colorado Department of Corrections,
DAVID VIGIL, individually and as agent for the Colorado Department of Corrections,
BEVERLY WILSON, individually and as agent for the Colorado Department of Corrections,
TRACEY COLEMAN, individually and as agent for the Colorado Department of Corrections,
BRUMLEY, individually and as agent for the Colorado Department of Corrections,
ROBINS, individually and as agent for the Colorado Department of Corrections,
ARMIDARIS, individually and as agent for the Colorado Department of Corrections,
RICHARD FISHER, individually and as agent for the Colorado Department of Corrections,
PADILLA, individually and as agent for the Colorado Department of Corrections,
SCOTT MCLAUGHLIN, individually and as agent for the Colorado Department of Corrections,
TAMMY TAYLOR, individually and as agent for the Colorado Department of Corrections, and
DOUG ROBERTS, individually and as agent for the Colorado Department of Corrections,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 12th day of July, 2007

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01083-MSK-MEH

Josh T. Liles, Esq.
**DELIVERED ELECTRONICALLY**

Ernest F. Marquez, Esq.
**DELIVERED ELECTRONICALLY**

Colorado Department of Corrections, Buena Vista Correctional Complex,
Aristeses Zavaras, Joseph Ortiz, Anthony Carrochi, George Dunbar, Mick Mccormac, Charles O. Campton, Cory Henderson, William Flint, Morris Christensen, Kenneth Sward, William Cattell, Larry Kramer, Renee Granzella, Gary Golder, Cliff Robinson, Robert Readmond, Michael Collins, Gus Argys, Mike Leewaye, Morris, Williams, Greg Jennings, Palmer, Walker, Fox, Barcla, Hattenbrum, Yarberry, Behr, Williams, Dent, Procko, Cordova, Driskill, Roesler, Eglinton, T. Thomas, Mantooth, David Vigil, Beverly Wilson, Tracey Coleman, Brumley, Robins, Armidaris, Richard Fisher, Padilla, Scott Mclaughlin, Tammy Taylor, and Doug Roberts, - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on the above named defendants; and to John Suthers; and to Paul Sanzo: AMENDED COMPLAINT FILED 6/8/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/13/07 .

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk