IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01083-MSK-MEH

BRIAN WILLERT,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
BUENA VISTA CORRECTIONAL COMPLEX,
ARISTESES ZAVARAS, individually and as agent for the Colorado Department of
    Corrections,
JOSEPH ORTIZ, individually and as former executive director of the Colorado
    Department of Corrections,
ANTHONY CARROCHI, individually and as former warden of the Buena Vista
    Correctional Complex,
GEORGE DUNBAR, individually and as agent for the Colorado Department of
    Corrections,
MICK MCCORMAC, individually and as agent for the Colorado Department of
    Corrections and the Buena Vista Correctional Complex,
CHARLES O. CAMPTON, individually and as agent for the Colorado Department of
    Corrections,
CORY HENDERSON, individually and as agent for the Colorado Department of
    Corrections,
WILLIAM FLINT, individually and as agent for the Colorado Department of Corrections,
MORRIS CHRISTENSEN, individually and as agent for the Colorado Department of
    Corrections,
KENNETH SWARD, individually and as agent for the Colorado Department of
    Corrections,
WILLIAM CATTELL, individually and as agent for the Colorado Department of
    Corrections,
LARRY KRAMER, individually and as agent for the Colorado Department of
    Corrections,
RENEE GRANZELLA, individually and as agent for the Colorado Department of
    Corrections,
GARY GOLDER, individually and as agent for the Colorado Department of Corrections,
CLIFF ROBINSON, individually and as agent for the Colorado Department of
    Corrections,
ROBERT READMOND, individually and as agent for the Colorado Department of
    Corrections,
MICHAEL COLLINS, individually and as agent for the Colorado Department of
    Corrections,
GUS ARGYS, individually and as agent for the Colorado Department of Corrections,

MIKE LEEWAYE, individually and as agent for the Colorado Department of Corrections,
MORRIS, individually and as agent for the Colorado Department of Corrections,
WILLIAMS, individually and as agent for the Colorado Department of Corrections,
GREG JENNINGS, individually and as agent for the Colorado Department of Corrections,
PALMER, individually and as agent for the Colorado Department of Corrections,
WALKER, individually and as agent for the Colorado Department of Corrections,
FOX, individually and as agent for the Colorado Department of Corrections,
BARCLA, individually and as agent for the Colorado Department of Corrections,
HATTENBRUM, individually and as agent for the Colorado Department of Corrections,
YARBERRY, individually and as agent for the Colorado Department of Corrections,
BEHR, individually and as agent for the Colorado Department of Corrections,
WILLIAMS, individually and as agent for the Colorado Department of Corrections,
DENT, individually and as agent for the Colorado Department of Corrections,
PROCKO, individually and as agent for the Colorado Department of Corrections,
CORDOVA, individually and as agent for the Colorado Department of Corrections,
DRISKILL, individually and as agent for the Colorado Department of Corrections,
ROESLER, individually and as agent for the Colorado Department of Corrections,
EGLINTON, individually and as agent for the Colorado Department of Corrections,
T. THOMAS, individually and as agent for the Colorado Department of Corrections,
MANTOOTH, individually and as agent for the Colorado Department of Corrections,
DAVID VIGIL, individually and as agent for the Colorado Department of Corrections,
BEVERLY WILSON, individually and as agent for the Colorado Department of Corrections,
TRACEY COLEMAN, individually and as agent for the Colorado Department of Corrections,
BRUMLEY, individually and as agent for the Colorado Department of Corrections,
ROBINS, individually and as agent for the Colorado Department of Corrections,
ARMIDARIS, individually and as agent for the Colorado Department of Corrections,
RICHARD FISHER, individually and as agent for the Colorado Department of Corrections,
PADILLA, individually and as agent for the Colorado Department of Corrections,
SCOTT MCLAUGHLIN, individually and as agent for the Colorado Department of Corrections,
TAMMY TAYLOR, individually and as agent for the Colorado Department of Corrections, and
DOUG ROBERTS, individually and as agent for the Colorado Department of Corrections,

    Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 16th day of July, 2007.

BY THE COURT:

Marcia S. Krieger
United States District Judge