IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01083-MSK-MEH

BRIAN WILLERT,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
BUENA VISTA CORRECTIONAL COMPLEX,
ARISTESES ZAVARAS, individually and as agent for the Colorado Department of Corrections,
JOSEPH ORTIZ, individually and as former executive director of the Colorado Department of
    Corrections,
ANTHONY CARROCHI, individually and as former warden of the Buena Vista Correctional
    Complex,
GEORGE DUNBAR, individually and as agent for the Colorado Department of Corrections,
MICK MCCORMAC, individually and as agent for the Colorado Department of Corrections and
    the Buena Vista Correctional Complex,
CHARLES O. CAMPTON, individually and as agent for the Colorado Department of
    Corrections,
CORY HENDERSON, individually and as agent for the Colorado Department of Corrections,
WILLIAM FLINT, individually and as agent for the Colorado Department of Corrections,
MORRIS CHRISTENSEN, individually and as agent for the Colorado Department of
    Corrections,
KENNETH SWARD, individually and as agent for the Colorado Department of Corrections,
WILLIAM CATTELL, individually and as agent for the Colorado Department of Corrections,
LARRY KRAMER, individually and as agent for the Colorado Department of Corrections,
RENEE GRANZELLA, individually and as agent for the Colorado Department of Corrections,
GARY GOLDER, individually and as agent for the Colorado Department of Corrections,
CLIFF ROBINSON, individually and as agent for the Colorado Department of Corrections,
ROBERT READMOND, individually and as agent for the Colorado Department of Corrections,
MICHAEL COLLINS, individually and as agent for the Colorado Department of Corrections,
GUS ARGYS, individually and as agent for the Colorado Department of Corrections,
MIKE LEEWAYE, individually and as agent for the Colorado Department of Corrections,
MORRIS, individually and as agent for the Colorado Department of Corrections,
WILLIAMS, individually and as agent for the Colorado Department of Corrections,
GREG JENNINGS, individually and as agent for the Colorado Department of Corrections,
PALMER, individually and as agent for the Colorado Department of Corrections,
WALKER, individually and as agent for the Colorado Department of Corrections,
FOX, individually and as agent for the Colorado Department of Corrections,
BARCLA, individually and as agent for the Colorado Department of Corrections,
HATTENBRUM, individually and as agent for the Colorado Department of Corrections,
YARBERRY, individually and as agent for the Colorado Department of Corrections,

BEHR, individually and as agent for the Colorado Department of Corrections,
WILLIAMS, individually and as agent for the Colorado Department of Corrections,
DENT, individually and as agent for the Colorado Department of Corrections,
PROCKO, individually and as agent for the Colorado Department of Corrections,
CORDOVA, individually and as agent for the Colorado Department of Corrections,
DRISKILL, individually and as agent for the Colorado Department of Corrections,
ROESLER, individually and as agent for the Colorado Department of Corrections,
EGLINTON, individually and as agent for the Colorado Department of Corrections,
T. THOMAS, individually and as agent for the Colorado Department of Corrections,
MANTOOTH, individually and as agent for the Colorado Department of Corrections,
DAVID VIGIL, individually and as agent for the Colorado Department of Corrections,
BEVERLY WILSON, individually and as agent for the Colorado Department of Corrections,
TRACEY COLEMAN, individually and as agent for the Colorado Department of Corrections,
BRUMLEY, individually and as agent for the Colorado Department of Corrections,
ROBINS, individually and as agent for the Colorado Department of Corrections,
ARMIDARIS, individually and as agent for the Colorado Department of Corrections,
RICHARD FISHER, individually and as agent for the Colorado Department of Corrections,
PADILLA, individually and as agent for the Colorado Department of Corrections,
SCOTT MCLAUGHLIN, individually and as agent for the Colorado Department of Corrections,
TAMMY TAYLOR, individually and as agent for the Colorado Department of Corrections, and
 DOUG ROBERTS, individually and as agent for the Colorado Department of Corrections,

     Defendants.
_____

## ORDER VACATING TRIAL DATE
_____

     Due to extensive calendar disruptions occasioned by multi-week, multi-defendant criminal trials during 2006, 2007 and 2008, and upon consideration of the Court's 2007 pilot project and survey by the Faculty of Federal Advocates, the Court is changing its civil trial-setting practices. No longer will civil trials be set at the time of the initial Scheduling Conference. Instead, civil trials will be set at the time of the Final Pretrial Conference. Except in extraordinary circumstances, the trial setting will be a firm setting, not subject to vacatur due to other civil or criminal cases.

     It is the Court's goal to set trials within 30-60 days. Counsel should bring their calendars to the Final Pre-Trial Conference and be aware of the availability of critical witnesses during the

six month period. There will be some flexibility in accommodating other matters on the calendars of counsel, parties, and witnesses, but the Court expects that all involved will give trial of this case top priority and will be prepared to adjust their other obligations, including the participation of multiple counsel representing a single party, in order to meet the time frames described above.

**IT IS THEREFORE ORDERED** that the trial date currently set in this case is **VACATED**. It will be reset at the Final Pre-Trial Conference which will occur as scheduled.

DATED this 19th day of November, 2007.

                                          **BY THE COURT:**

*Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge